IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT
_____

No. 00-60046
Summary Calendar
_____

WILLIAM C. BOYKIN

Plaintiff-Appellant,

v.

ENTERGY OPERATIONS, INC.

Defendant-Appellee.

_____

Appeal From the United States District Court
For the Southern District of Mississippi
(5:95-CV-145-BrS)

_____
August 21, 2000

Before DAVIS, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM:[*]

    We affirm essentially for the reasons stated in the district court's order dated Dec. 14, 1999.

AFFIRMED

_____

    [*]    Pursuant to 5th CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th CIR. R. 47.5.4.